**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Before the Honorable Gregory J. Fouratt**
**United States Magistrate Judge**

**Clerk's Minutes**

**Civ. No. 23-407 JCH/GJF**

*Watkins v. Trujillo, et al.*

**Date of Hearing: 3/26/2024**
*(United States Courthouse – Albuquerque, NM – not recorded)*

| | |
|---|---|
| **Attorneys for Plaintiff**: | Steven Allen |
| **Attorney for Defendants**: | Kaleb Brooks, Samantha Catalano |
| **Other Individuals**: | Plaintiff Steven Watkins, NMCD Deputy General Counsel Maris Veidemanis, RMD Counsel Antonia Romero |
| *Pre-settlement discussions with counsel*: | *3 hours* |
| **Proceedings**: | Settlement Conference |
| *Start Time*: | 9:30 a.m. |
| *Stop Time*: | 3:30 p.m. |
| **Total Time**: | **9 hours (excluding travel)** |
| **Clerk**: | AEM |

**Notes:**

- Substantial progress made.  Negotiations to continue until 5:00 p.m. MDT on April 5, 2024.